## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **ERNESTO CASTANEDA**<br>**D/B/A CASTANEDA'S NATIONWIDE**<br>**FEDERAL BONDING AND BAIL**<br>**COMPANIES LTD** | § § § § § | |
| **Plaintiff** | § § § | |
| **v.** | § § | **Civil Action B-03-223** |
| **YOLANDA DE LEON,**<br>**District Attorney of Cameron County,**<br>**et al.** | § § § § | |
| **Defendants.** | § § | |

## ORDER

BE IT REMEMBERED that on January 14, 2004, the Court **DENIED** Plaintiff's Motion For Temporary Restraining Order [Dkt. No. 2] for failing to comply with the requirements of Federal Rule of Civil Procedure 65. Moreover, the motion requests the Court restrain conduct which either occurred before the filing of the motion, *i.e.*, discovery in the state cases, or is lawful conduct, *i.e.*, the filing of the state cases.

FURTHERMORE, the Court **GRANTS** Defendants' Motion To Stay Discovery [Dkt. No. 6]. All discovery in this cause is stayed pending the Court's determination of the Defendants' motion to dismiss.

DONE at Brownsville, Texas, this 14th day of January 2004.

Hilda G. Tagle
United States District Judge