United States District Court
Southern District of Texas
FILED

JAN 2 2 2004

Michael N. Milby
Clerk of Court

THE DISTRICT OF THE UNITED STATES
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ERNESTO CASTANEDA, D/B/A CASTANEDA'S NATIONWIDE FEDERAL BONDING & BAIL BOND COMPANIES, LT'D. | )( CIVIL ACTION NO. B-03-223 )( )( |
| VS. | )( )( |
| YOLANDA DE LEON, ET AL | )( |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO STAY DISCOVERY

TO SAID HONORABLE COURT:

COMES NOW ERNESTO CASTANEDA, ET AL, filing this Objection to Defendants' Motion to Stay Discovery; respectfully showing this Honorable Court, as follows:

**I.**

Conley v. Gibson, 355 U.S. 41 states requirements for stating a claim on which relief can be granted and Plaintiff has well done so such that Motion for Stay, pending decision on Motion to Dismiss for failure to state a claim is frivolous. "Pleading is not a game of skill where one misstep spells disaster'" Conley, (supra).

**II.**

Defendants give no authority to support a Motion to Stay. Generally, United States v. Baylor University Medical Center, 711 F.2d. 38,39 (5th. Cir.-1983) sets out factors that must be proven to obtain a stay. Defendants have not met four proged test, of likelihood of success on the merits, showing irreparable harm if stay is not granted, whether granting of stay would substantially harm the other party, and whether granting of stay would serve the public interest.

**Plaintiff** alleges Defendants have no likelihood of success on the merits, have not shown irreparable harm of stay is not granted, whether stay would harm other party, and it would, and have not shown stay would be in the public interest. Plaintiff need not prove up such matters, however, inasmuch as it is Defendants' job to so plead and they have not done so, and offer no authority, whatsoever.

**WHEREFORE,** Plaintiff prays that Defendants' Motion to Stay Discovery be denied.

Respectfully Submitted,

Ernesto Castaneda
305 Nolana
McAllen, Texas 78502
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

On this 22nd day of January 2004, I, the undersigned, served by First Class U.S. Mail, postage prepaid on Yolanda de Leon, Frank Martinez and Israel Pena, all at the Cameron County District Attorney's Office, 974 E. Harrison, Brownsville, Texas 78502.

Signed this 22nd day of January 2004.

Ernesto Castaneda
305 Nolana
McAllen, Texas 78502
Plaintiff, Pro Se

THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ERNESTO CASTANEDA D/B/A CASTANEDA'S NATIONWIDE FEDERAL BONDING AND BAIL BOND COMPANIES, LT'D.,** | )( CIVIL ACTION NO. b-03-223 )( )( |
| VS. | )( |
| YOLANDA DE LEON, ET AL | )( )( |

### ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY

On this       day of             2004, came on to be heard the Defendants' Motion to Stay Discovery and the Plaintiff's Objection thereto. It is the Court's opinion that Plaintiff's Motion is well taken and Defendants' Motion to Stay Discovery is denied.

It is so ORDERED,

**Done** at Brownsville, Texas this       day of             2004.

_____
**JUDGE PRESIDING**

3