10

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ERNESTO CASTANEDA, D/B/A CASTANEDA'S NATIONWIDE FEDERAL BONDING AND BAIL BOND COMPANIES, LT'D. <br><br> VS. <br><br> YOLANDA DE LEON, DISTRICT ATTORNEY OF CAMERON COUNTY, TEXAS, ET AL, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, DEFENDANTS | )( CIVIL ACTION NO. B-03-223 <br> )( <br> )( <br> )( <br> )( <br> )( <br> )( <br> )( |

**PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO STAY DISCOVERY**

TO SAID HONORABLE COURT:

COMES NOW ERNESTO CASTANEDA, ET AL, filing this Reply, respectfully showing this Honorable Court, as follows:

I.

Plaintiff agrees with Defendants' Motion to Stay Discovery, pending disposition of Defendants' Motion to Dismiss, as new evidence against Defendant, Yolanda de Leon has come to light. It is her political advertisement, heaping accolades on herself for inter alia, suing for bail bond forfeitures, showing action taken against Plaintiff is not good faith, but

politically motivated. Judicial notice can be taken of that televised political advertisement, and also, that another one, similar is now running on Channel 5, leaving out the bond forfeitures cited in the advertisement on Channel 4, showing Defendant is aware of her guilt, to so change it. Such motivation in suing Plaintiff causes defendants to further, lack any immunities.

**WHEREFORE,** Plaintiff files this Reply.

Respectfully submitted,

Ernesto Castaneda
305 Nolana
McAllen, Texas 78502,

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

On this 15th day of MARCH 2004, I, the undersigned, served by First Class U.S. Mail, postage prepaid, copy of this Reply on Israel Pena, Assistant District Attorney, 974 E. Harrison, Brownsville, Texas 78520.

Signed this 15th day of MARCH 2004.

    _/s/ Ernesto Castaneda_
    Ernesto Castaneda
    305 Nolana
    McAllen, Texas 78502,

    Plaintiff, Pro Se