United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ERNESTO C. CASTANEDA, D/B/A CASTANEDA'S NATIONWIDE FEDERAL BONDING & BAIL BOND CO'S., LT'D., PLAINTIFF | )( CIVIL ACTION NO. B-03-223 )( )( )( |
| VS. | )( **MOTION FOR CONTINUANCE** |
| YOLANDA DE LEON, DISTRICT ATTORNEY OF CAMERON COUNTY, TEXAS, FRANK MARTINEZ, ASSISTANT DISTRICT ATTORNEY, CAMERON COUNTY, TEXAS; AND ISRAEL PENA, ASSISTANT DISTRICT ATTORNEY, CAMERON COUNTY, TEXAS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES DEFENDANTS | )( )( )( )( )( )( |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW ERNESTO C. CASTANEDA, D/B/A CASTANEDA'S NATIONWIDE FEDERAL BONDING AND BAIL BOND COMPANIES, LT'D., filing this Motion for Continuance; respectfully showing this Honorable Court as follows:

**I.**

Plaintiff has stipulated with Defendants that cause be continued until ruling on their motion and such is of record in this cause. Thus, Plaintiff shows good cause for continuance, therein.

**II.**

Plaintiff has been seriously ill with a leg infection, when he is diabetic and such is so serious it can yield amputation, thus showing good cause for continuance. Exhibit "A", attached are Plaintiff's medical records, thereof.

### III.

Plaintiff seeks sixty (60) day continuance from date of hearing, scheduled.

**WHEREFORE,** plaintiff files this Motion for Continuance.

Respectfully submitted,

Ernesto C. Castaneda
305 Nolana
McAllen, Texas 78502,

Plaintiff, Pro Se

THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ERNESTO C. CASTANEDA, ET AL | )( CIVIL ACTION NO. B-03=223 |
| | )( |
| VS. | |
| | )( |
| YOLANDA DE LEON, ET AL IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES DEFENDANTS | )( |
| | )( |

## ORDER

On this _____ day of _____ 2004, came on to be heard the Plaintiff's Motion for Continuance. It is the Court's Opinion that such Motion is well taken and it is GRANTED. Trial is continued until 26 July 2004.

It is ORDERED.

**DONE** at Brownsville, Texas this _____ day of _____ 2004.

_____
**JUDGE PRESIDING**

3

## CERTIFICATE OF SERVICE

On this 20TH day of April 2004, I, the undersigned, served by First Class U.S. Mail postage prepaid, copy of this Motion on Yolanda de Leon, District Attorney, 974 E. Harrison, Brownsville, Texas 78520.

Signed this 20TH day of April 2004.

*/s/ Ernesto C. Castaneda*
ERNESTO C. CASTANEDA
305 Nolana
McAllen, Texas 78502

Plaintiff, Pro Se



# Cornerstone
Cardio-Vascular Imaging, L.L.C.

## VENOUS DUPLEX EXAM OF BOTH LOWER EXTREMITIES

| | |
|---|---|
| Patient: Castaneda, Ernesto | Date of Birth: 3/27/1933 |
| Date: 3/22/2004 | Age / Sex: 70 yrs / Male |
| Referring Physician: Jetta Brown, M.D. | Clinic: CCVI / 0037 |
| Examiner: Joe Rincon, A.S., R.D.C.S., R.V.T. | Media: Digital |

**HISTORY:** Cellulitis of the right lower extremity, edema & pain, varicose veins.

**TECHNIQUE:** Using a 6.7 MHz transducer, sagittal and transverse views of the deep veins of the right and left lower extremity were obtained with good visualization. The right greater saphenous vein was also imaged.

**FINDINGS:** Patent common femoral, superficial femoral, popliteal and the posterior tibial veins, bilaterally. Presence of normal spontaneity, phasicity and augmentation of the lower extremity deep veins, bilaterally.

Mild venous valve incompetence at the femoral & popliteal vein level, bilaterally.

Fully collapsing vein walls at the femoral & popliteal vein level, bilaterally.

The right greater saphenous vein was imaged from the knee level to the ankle level. This vessel was interrogated by color-flow doppler and shows spontaneous flow within. The small lump / mass at the right calf level was imaged and shows overall, soft tissue of a homogeneous nature.

**IMPRESSION:**
1. **No evidence of acute deep venous thrombosis of the right or left lower extremity.**
2. **Mild venous valve incompetence at the femoral & popliteal vein level, bilaterally.**
3. **No evidence of superficial thrombo-phlebitis of the right greater saphenous vein.**

**Preliminary Report**

Interpreting Physician: _____
J. Orfanos, MD, FACS

---

*Rio Grande City • McAllen • Weslaco • Harlingen • Brownsville*
*Corporate Office: 2507 Cornerstone Blvd. • Edinburg, Texas 78539*
*(956) 618-5400 • Fax: (956) 618-5418*



EXHIBIT A

# Cornerstone
### Cardio-Vascular Imaging, L.L.C.

## ARTERIAL DUPLEX EXAM OF BOTH LOWER EXTREMITIES

Patient: Castaneda, Ernesto
Date: 3/22/2004
Referring Physician: Jetta Brown, M.D.
Examined by: Joe Rincon, A.S., R.D.C.S., R.V.T.

Date of Birth: 3/27/1933
Age / Sex: 70 yrs / Male
Clinic: CCVI / 0037
Media: Digital

**HISTORY:** Cellulitis of the right lower extremity, edema & pain of the legs with skin color changes. Suspect PVD.

**TECHNIQUE:** Using a 6.7 MHz transducer, sagittal and transverse views of the arterial system of the right & left lower extremity were obtained with good visualization.

**FINDINGS:** Minimal plaque in the right common femoral, superficial femoral and popliteal artery. Patent right anterior & posterior tibial artery. No evidence of significant stenosis seen within these arteries of the right leg. Presence of triphasic doppler signals at most arterial segments.

Pulsed-wave doppler spectral velocities of the right lower extremity are:
Common femoral artery: 99 cm/sec.
Superficial femoral artery: 87 cm/sec.
Popliteal artery: 87 cm/sec.
Anterior tibial artery: 87 cm/sec.
Posterior tibial artery: 30 cm/sec.

Minimal to mild plaque in the left common femoral, superficial femoral & popliteal artery. Patent left anterior & posterior tibial artery. No evidence of significant stenosis seen within these arteries of the left leg. Presence of triphasic doppler signals at all arterial segments.

Pulsed-wave doppler spectral velocities of the left lower extremity are:
Common femoral artery: 87 cm/sec.
Superficial femoral artery: 81 cm/sec.
Popliteal artery: 69 cm/sec.
Anterior tibial artery: 76 cm/sec.
Posterior tibial artery: 71 cm/sec.

**IMPRESSION:** 1. No evidence of any major atherosclerotic disease of the right or left lower extremity.

**Preliminary Report**

Interpreting Physician: _____
J. Orfanos, MD, FACS

*Rio Grande City • McAllen • Weslaco • Harlingen • Brownsville*
*Corporate Office: 2507 Cornerstone Blvd. • Edinburg, Texas 78539*
*(956) 618-5400 • Fax: (956) 618-5410*

TOTAL P.02


EXHIBIT A-1

FROM: JETTA M. BROWN M.D.
FAX 956-381-1038

TO: _Yolanda Castaneds_
    Re: Ernesto         631-2446

PAGES INCLUDING COVER SHEET __3__

DATE: __3/24/04__

EXHIBIT A-2