United States District Court
Southern District of Texas
FILED

APR 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO CASTANEDA d/b/a CASTANEDA'S NATION-WIDE FEDERAL BONDING & BAIL BOND COMPANY, LTD.<br>  Plaintiff,<br><br>vs.<br><br>YOLANDA DE LEÓN, DISTRICT ATTORNEY OF CAMERON COUNTY TEXAS, et al.<br>  Defendants. | §§§§§§§§§§§§§ | CIVIL ACTION NO.<br><br>B-03-223 |

## DESIGNATION OF ATTORNEY-IN-CHARGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW CAMERON COUNTY, Defendant in the above numbered cause and designates Robert H. Moore, Federal Admission No. 13569 as Attorney-In-Charge and Michael Young, Federal Admission No. 25385 of Counsel in this case.

Respectfully submitted,

OFFICE OF THE CAMERON COUNTY
AND DISTRICT ATTORNEY
YOLANDA DE LEÓN

Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

1

BY: _____
Robert H. Moore
Assistant County and District Attorney
Texas Bar No. 14370120
Federal Admission No. 13569
Board Certified – Criminal Law
Texas Board of Legal Specialization
Attorney-in-Charge
For Defendant Cameron County

BY: _____
Michael Young
Assistant County and District Attorney
Texas Bar No. 00794895
Federal Admission No. 25385
Of Counsel
For Defendant Cameron County

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DESIGNATION OF ATTORNEY-IN-CHARGE** has on this the __23rd__ day of April 2004, been forwarded via certified mail, return receipt requested to:

Ernesto C. Castaneda
305 Nolana
McAllen, Texas 78502

_____
Robert H. Moore
Assistant County and District Attorney

2