IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ERNESTO CASTANEDA** <br> **D/B/A CASTANEDA'S NATIONWIDE** <br> **FEDERAL BONDING AND BAIL** <br> **COMPANIES LTD** <br><br> **Plaintiff** <br><br> v. <br><br> **YOLANDA DE LEON,** <br> **District Attorney of Cameron County,** <br> **et al.** <br><br> **Defendants.** | § § § § § § § § § § § § § § | Civil Action B-03-223 |

## ORDER

BE IT REMEMBERED that on April 26, 2004, the Court **GRANTED** Plaintiff's motion for continuance of the initial pretrial conference [Dkt. No. 11]. The Court will review and enter a ruling on Defendants' motion to dismiss before April 30, 2004. If necessary, the Court will reschedule the initial pretrial conference.

The Court also observed that the parties failed to file a joint discovery case management plan as required by this Court's order [Dkt. No. 2] and rules. If the initial pretrial conference is rescheduled, the parties are admonished to file a timely joint discovery case management plan.

DONE at Brownsville, Texas, this 26th day of April 2004.

Hilda G. Tagle
United States District Judge